UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT REYNOLDS
   Plaintiff

  V.          CIVIL ACTION:10CV12162-RWZ

EOS CCA
   Defendant

ORDER OF DISMISSAL

ZOBEL, D.J.                MARCH 23, 2011

  The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 45 days, to reopen the action if settlement is not consummated.

                 By the Court,

                 s/ Lisa A. Urso
                 Deputy Clerk